# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>*Plaintiffs*<br>v.<br><br>THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS APPLICATIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals, and* ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>*Defendants* | **CIVIL ACTION NO. 1:24-CV-04269** |

## MOTION FOR *PRO HAC VICE* ADMISSION OF JOHN W. SCOTT

**To:** Rajiv D. Parikh
Pem Law LLP
1 Boland Drive
Suite 101
West Orange, NJ 07052
T: 973-577-5500
rparikh@pemlawfirm.com
*Counsel for Plaintiffs*

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 101.1 of the United States District Court for the District Court of New Jersey, the undersigned attorney for Defendants Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications Inc. ("Defendants"), hereby request the

entry of an Order to admit John W. Scott, Esquire *pro hac vice* in the above captioned matter on behalf of Defendants.

      **PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon Certifications of Marcel Pratt, Esquire and John W. Scott, Esquire in support of this motion.

      **PLEASE TAKE FURTHER NOTICE** that oral argument is not requested unless the motion is opposed.

      A proposed form of Order is attached hereto.

Date:   April 17, 2024             BALLARD SPAHR LLP

                                     By: */s/ Marcel Pratt*
                                           Marcel S. Pratt (023622009)
                                           John W. Scott (pro hac vice sought)
                                           1735 Market Street, Fl. 51
                                           Philadelphia, PA 19103-7599
                                           215.864.8506
                                           prattm@ballardspahr.com
                                           scottj@ballardspahr.com

                                           *Attorneys for Defendants Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>*Plaintiffs*<br>v.<br><br>THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS APPLICATIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals, and* ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>*Defendants* | **CIVIL ACTION NO. 1:24-CV-04269** |

### CERTIFICATION OF MARCEL S. PRATT, ESQUIRE

Marcel S. Pratt, Esquire, of full age, certifies as follows:

1. I am an attorney-at-law in the State of New Jersey, duly licensed to practice before the United States District Court for the District of New Jersey, and am a partner at the law firm Ballard Spahr LLP, and counsel for Defendants Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications Inc. ("Defendants"), in the above-captioned matter.

2. I make this certification based on my personal knowledge and in support of the *pro hac vice* admission of John W. Scott, Esquire, pursuant to Local Civil Rule 101.1(c) to appear on behalf of Defendants in this matter.

3. I am a member in good standing of the bars of the State of New Jersey and the United States District Court for the District of New Jersey.

4. Upon information and belief, John W. Scott, Esquire is an associate at the law firm of Ballard Spahr LLP, 1735 Market Street, Philadelphia, PA 19103, whose qualifications are set forth in the Certification of John W. Scott, which is being filed herewith.

5. Upon information and belief, John W. Scott, Esquire is not under suspension, disbarment or disciplinary review in any court and has not been the subject of any disciplinary action by any court or administrative body.

6. I agree to be held responsible for the filing of all pleadings, briefs and other papers filed with the Court, and to have such papers signed by me or another attorney with Ballard Spahr LLP, authorized to practice law in the State of New Jersey and before the United States District Court for the District of New Jersey. I further agree to be held responsible for the conduct of the case and of my specially admitted colleague, John W. Scott, should this application be granted, and shall ensure that my specially admitted college will comply with Local Civil Rule 101.1(c). I further agree to promptly notify the attorney admitted *pro hac vice* of the receipt of all notices, orders, and pleadings.

7. For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting John W. Scott, Esquire to practice *pro hac vice* before this Court for all further proceedings in this case.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Marcel Pratt*
Marcel Pratt (023622009)

DATED: April 17, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>*Plaintiffs*<br>v.<br><br>THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS APPLICATIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals, and* ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>*Defendants* | **CIVIL ACTION NO. 1:24-CV-04269** |

## **CERTIFICATION OF JOHN W. SCOTT, ESQUIRE**

John W. Scott, Esquire, of full age, certifies as follows:

1. I am an attorney of the Commonwealth of Pennsylvania and an associate at the law firm of Ballard Spahr LLP, 1735 Market Street, Philadelphia, PA 19103, counsel for Defendants Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications Inc. ("Defendants") in the above-captioned matter.

2. I was admitted to the Bar of the Commonwealth of Pennsylvania in December, 2016. Recordation of such admission is maintained at Supreme Court Pennsylvania Judicial Center, 601 Commonwealth Ave. Suite 4500, P.O. Box 62575, Harrisburg, PA 17106.

3. I also was admitted to the Bar of the State of New York in March, 2012. Recordation of such admission is maintained at New York Supreme Court Appellate Division, Second Department, 45 Monroe Pl, Brooklyn, NY 11201.

4. I also was admitted to the Bar of the United States District Court for the Eastern District of Pennsylvania in December, 2016. Recordation of such admission is maintained at 601 Market Street, Philadelphia, PA 19106.

5. I also was admitted to the Bar of the United States District Court for the Southern District of New York in March, 2012. Recordation of such admission is maintained at 500 Pearl Street, New York, NY 10007 – 1312.

6. I am a member of good standing in all of the referenced Courts and have not been subject to discipline in any Court.

7. Defendants have requested that I act as one of its counsel, along with Marcel Pratt, Esquire, of Ballard Spahr LLP, as local counsel, in this matter.

8. Pursuant to the Rules of this Court, all pleadings submitted on behalf of Defendants, will be signed by local counsel.

9. I understand that if I am admitted *pro hac vice* I will be subject to the disciplinary jurisdiction of the United States District Court of New Jersey and in accordance with

the Local District Rule 101.1(c)(2), will make payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Rule 1:28-29(a) for each calendar year in which this case is pending.

10. Pursuant to Local Civil Rule 101.1(c)(4), I understand that upon being admitted *pro hac vice* I am deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

11. I agree to abide by the provision of Local Civil Rule 101.1(c).

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
John W. Scott, ESQUIRE

DATED: April 17, 2024

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>*Plaintiffs*<br>v.<br><br>THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS APPLICATIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals, and* ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>*Defendants* | **CIVIL ACTION NO. 1:24-CV-04269** |

### ORDER GRANTING *PRO HAC VICE* APPLICATION OF JOHN W. SCOTT, ESQUIRE, PURSUANT TO L. CIV. R. 101.1

This matter having come before the Court upon the motion of Defendants Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications Inc. ("Defendants"), through its counsel, Ballard Spahr LLP, for an Order admitting John W. Scott, Esquire to appear *pro hac vice* as counsel for Defendants; and due notice having been given to all counsel of record; and this Court having considered the submissions in support of the motion, any opposition thereto, and arguments of counsel, if any; and good cause having been shown;

**IT IS THIS** _____ day of _____, 2024 **ORDERED** that Defendants' motion for an Order admitting John W. Scott, Esquire, to appear *pro hac vice* is **GRANTED**.

_____

Hon. Harvey J. Bartle III,
United States District Judge

## CERTIFICATE OF SERVICE

I, Marcel Pratt, hereby certify that I caused a copy of the foregoing motion for pro hac vice admission, together with all supporting papers, to be served via ECF on April 15, 2024 to the following:

Rajiv D. Parikh
Pem Law LLP
1 Boland Drive
Suite 101
West Orange, NJ 07052
T: 973-577-5500
rparikh@pemlawfirm.com
*Counsel for Plaintiffs*

Date: April 17, 2024

                                            /s/ *Marcel Pratt*
                                            Marcel Pratt