# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Marcel Pratt
Tel: 215.864.8506
Fax: 215.864.8999
prattm@ballardspahr.com

April 17, 2024

*By Electronic Filing*

Hon. Harvey Bartle III
United States District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, Pennsylvania 19106

Re: *Atlas Data Privacy Corp., et al. v. Thomson Reuters Corporation, et al.*, No. 24-cv-04269

Dear Judge Bartle:

We write on behalf of our clients, Thomson Reuters Corporation, Thomson Reuters Holdings, Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications, Inc., (the "Thomson Reuters Defendants") in the above-captioned action, brought by Atlas Data Privacy Corporation and certain individual defendants (collectively "Atlas"), alleging violation of New Jersey's Daniel's Law, N.J.S.A. 47:1A-1, *et seq*. and N.J.S.A. 56:8-166.1. Approximately 58 other actions, also commenced by Atlas asserting similar claims under Daniel's Law against other defendants, are pending before Your Honor (the "Atlas Actions")

Earlier today, a group of defendants in other Atlas Actions filed a joint letter, outlining a proposal for an initial schedule, applying to all the Atlas Actions, designed to streamline and efficiently move the disputes towards resolution. *See* Letter from Signatory Defendants regarding CMO, *Atlas Data Privacy Corp. et al. v. Acxiom LLC, et al.*, No. 24-cv-04107 (D.N.J. Apr. 17, 2024), ECF No. 20. The Thomson Reuters Defendants have reviewed that proposed schedule in this letter, and consent to the Court adopting it.

Counsel will be otherwise prepared to address any of the issues outlined in the Court's April 8, 2024 Order during tomorrow's status conference.

Respectfully Submitted,

*Marcel S. Pratt*

Marcel Pratt

Hon. Harvey Bartle III
April 17, 2024
Page 2

MP/rtw

cc. All Counsel of Record (via ECF Filing)