IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>*Plaintiffs*<br>v.<br><br>THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS APPLICATIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals, and* ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>*Defendants* | CIVIL ACTION NO. 1:24-CV-04269 |

**ORDER GRANTING *PRO HAC VICE* APPLICATION OF
<u>JOHN W. SCOTT, ESQUIRE, PURSUANT TO L. CIV. R. 101.1</u>**

This matter having come before the Court upon the motion of Defendants Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications Inc. ("Defendants"), through its counsel, Ballard Spahr LLP, for an Order admitting John W. Scott, Esquire to appear *pro hac vice* as counsel for Defendants; and due notice having been given to all counsel of record; and this Court having considered the submissions in support of the motion, any opposition thereto, and arguments of counsel, if any; and good cause having been shown;

     **IT IS THIS** __17th__ day of __April__, 2024 **ORDERED** that Defendants' motion for an Order admitting John W. Scott, Esquire, to appear *pro hac vice* is **GRANTED**.

                   *Harvey Bartle III*
                   Hon. Harvey J. Bartle III,
                   United States District Judge