# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>*Plaintiffs*<br>v.<br><br>THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS APPLICATIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals, and* ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>*Defendants* | **CIVIL ACTION NO. 1:24-CV-04269** |

## REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel, John W. Scott, to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court

PRO HAC VICE ATTORNEY INFORMATION:

  John W. Scott
  1735 Market Street, Fl. 51
  Philadelphia, PA 19103-7599
  215.864.8506
  scottj@ballardspahr.com

Date:   April 25, 2024　　　　　　　BALLARD SPAHR LLP

                                          By:　*/s/ Marcel Pratt*
                                                Marcel S. Pratt (023622009)
                                                John W. Scott (pro hac vice)
                                                1735 Market Street, Fl. 51
                                                Philadelphia, PA 19103-7599
                                                215.864.8506
                                                prattm@ballardspahr.com
                                                scottj@ballardspahr.com

                                                *Attorneys for Defendants Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications Inc.*

## **CERTIFICATE OF SERVICE**

I, Marcel Pratt, hereby certify that I caused a copy of the foregoing to be served via ECF on April 25, 2024 to the following:

Rajiv D. Parikh
Pem Law LLP
1 Boland Drive
Suite 101
West Orange, NJ 07052
T: 973-577-5500
rparikh@pemlawfirm.com
*Counsel for Plaintiffs*

Date: April 25, 2024

                                                     /s/ Marcel Pratt
                                                    Marcel Pratt