UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**   **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell   **DOCKET #**   CV 24-4269 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al.
      v.
THOMSON REUTERS CORPORATION et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  2:20 PM   Time Adjourned: 2:22 PM

Total: <u>2 minutes</u>

s/ *David Bruey*
**DEPUTY CLERK**