# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Marcel Pratt
Tel: 215.864.8506
Fax: 215.864.8999
prattm@ballardspahr.com

June 10, 2024

*VIA ECF*

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:** *Atlas Data Privacy Corp., et al v. Thomson Reuters Corporation, et al.,* **(No. 24-4269) – Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

      This firm represents the defendants Thomson Reuters Corporation, Thomson Reuters Holdings, Inc., Thomson Reuters Canada Limited, Thomson Reuters Applications, Inc., ("Thomson Reuters Defendants") in the above-referenced matter. We write to advise the Court that the Thomson Reuters Defendants join the Consolidated Motion to Dismiss Brief, which will be filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Civil Action No. 1:24-cv-4105 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, the Thomson Reuters Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*/s/ Marcel S. Pratt*
Marcel Pratt

cc:    All counsel of record (via ECF)