# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | : | CIVIL ACTION |
| | : | |
| | : | NO. 2:24-CV-04269 |
| *Plaintiffs* | : | |
| v. | : | NOTICE OF APPEARANCE |
| THOMSON REUTERS CORPORATION, et al., | : | |
| *Defendants* | : | |

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court and I appear in this case for:

Defendants Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications Inc.

Dated: June 14, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BALLARD SPAHR, LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Michael Berry*
　　　　　　　　　　　　　　　　　　　　Michael Berry
　　　　　　　　　　　　　　　　　　　　1735 Market Street, Fl. 51
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103-7599
　　　　　　　　　　　　　　　　　　　　215.988.9773
　　　　　　　　　　　　　　　　　　　　berrym@ballardspahr.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I caused a copy of the foregoing document to be served via electronic filing on all counsel of record.

Dated: June 14, 2024

*/s/ Michael Berry*
Michael Berry
