Marcel S. Pratt
Michael Berry
John W. Scott
Jordan Meyer
Ballard Spahr LLP
1735 Market Street, Fl. 51
Philadelphia, PA 19103-7599
215.864.8500
prattm@ballardspahr.com
berrym@ballardspahr.com
scottj@ballardspahr.com
meyerjl@ballardspahr.com
*Attorneys for Defendants Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN | : : : : : : : : : : | **CIVIL ACTION NO. 1:24-CV-04269** |
| *Plaintiffs* | : | |
| v. | : : | |
| THOMSON REUTERS CORPORATION, THOMSON REUTERS HOLDINGS INC., THOMSON REUTERS CANADA LIMITED, THOMSON REUTERS APPLICATIONS INC., RICHARD ROES 1-10, *fictitious names of unknown individuals, and* ABC COMPANIES 1-10, *fictitious names of unknown entities*, | : : : : : : : : : | **Notice of Withdrawal of Counsel** |
| *Defendants* | : : | |

Kindly withdraw the appearance of John W. Scott (admitted *pro hac vice*) as counsel for Defendants Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications Inc., in the above-captioned matter.

Dated: September 30, 2024                         BALLARD SPAHR LLP

                                                */s/ Marcel Pratt*
Marcel S. Pratt
Michael Berry
John W. Scott
Jordan Meyer
1735 Market Street, Fl. 51
Philadelphia, PA 19103-7599
215.864.8500
prattm@ballardspahr.com
berrym@ballardspahr.com
scottj@ballardspahr.com
meyerjl@ballardspahr.com

*Attorneys for Defendants Thomson Reuters Corporation, Thomson Reuters Holdings Inc., Thomson Reuters Canada Limited, and Thomson Reuters Applications Inc.*

## **CERTIFICATION OF SERVICE**

I, Marcel Pratt, hereby certify that I caused a copy of the foregoing Notice of Withdrawal of Counsel to be served via ECF on September 30, 2024 to the following:

Rajiv D. Parikh
Pem Law LLP
1 Boland Drive
Suite 101
West Orange, NJ 07052
T: 973-577-5500
rparikh@pemlawfirm.com
*Counsel for Plaintiffs*

Date: September 30, 2024

                                               /s/  Marcel Pratt
                                               Marcel Pratt