UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

DATE OF PROCEEDING: October 1, 2024

**JUDGE HARVEY BARTLE III**

COURT REPORTER: JOHN KURZ

TITLE OF CASE:          DOCKET NO.: 24-4269 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
THOMSON REUTERS CORPORATION, et al.

APPEARANCES:
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: HEARING ON DEFENDANTS' CONSOLIDATED MOTION TO DISMISS

Hearing on Defendants' Consolidated Motion to Dismiss held on the record. Motion taken under advisement.

s/David Bruey
Deputy Clerk

Time Commenced: 1:30p.m.   Time Adjourned: 4:00p.m.   Total Time in Court: 2:30