# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Camden, NJ

ATLAS DATA PRIVACY CORPORATION, et al.

                Plaintiff,

v.                Case No.: 1:24–cv–04269–HB

                Judge Harvey Bartle (EDPA), III

THOMSON REUTERS CORPORATION, et al.

                Defendant.

Clerk, Superior Court of New Jersey
Morris County Courthouse
Washington & Court Streets
Morristown, NJ 07963–0910

State No: MRS–L–000320–24

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                Very truly yours,

                CLERK OF COURT
                By Deputy Clerk, lm

encl.
cc: All Counsel