```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
```

ALL COUNSEL AND NON-REPRESENTED INDIVIDUAL PARTIES:

   RE:  ATLAS DATA PRIVACY CORPORATION, et al.
       v. THOMSON REUTERS CORPORATION, et al.
       CIVIL ACTION NO.: 24-cv-4269

## IMPORTANT NOTICE

    Please be advised that a telephone conference is scheduled for **November 21, 2024, at 12:00 a.m. (EST)** before the Honorable Harvey Bartle III.

   The telephone conference call-in information is as follows:

        Call-in Number:    888-808-6929
        Access Code:       3900998

                      /s/ S. Renz
                      S. Renz
                      Judicial Assistant to
                      the Honorable Harvey Bartle III
                      215-597-2693

DATED: November 21, 2024