IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| THOMSON REUTERS CORPORATION, et al. | : : : | NO. 24-4269 |

ORDER

AND NOW, this 21st day of November, 2024, after receipt of two November 21, 2024 letters from defense counsel and after a telephonic conference with counsel for the parties, it is hereby ORDERED that:

(1) The Clerk's Office shall refrain from mailing a certified copy of the Remand Order in this action to the Superior Court of New Jersey, Law Division in Morris County until further notice;

(2) Defendants shall file any Motion for Reconsideration together with a supporting brief on or before December 2, 2024; and

(3) Plaintiffs shall file any opposing brief on or before December 10, 2024.

BY THE COURT:

/s/Harvey Bartle III
                     J.