IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| BLACKBAUD, INC., et al. | : | NO. 24-3993 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| WHITEPAGES, INC., et al. | : | NO. 24-3998 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| HIYA, INC., et al. | : | NO. 24-4000 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| COMMERCIAL REAL ESTATE EXCHANGE, INC., et al. | : | NO. 24-4073 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CARCO GROUP INC., et al. | : | NO. 24-4077 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| ACXIOM, LLC, et al. | : | NO. 24-4107 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| ENFORMION, LLC, et al. | : | NO. 24-4110 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| RED VIOLET, INC., et al. | : | NO. 24-4113 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| REMINE INC., et al. | : | NO. 24-4182 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| CORELOGIC, INC., et al. | : | NO. 24-4230 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMSON REUTERS CORPORATION, et al. | : | NO. 24-4269 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILAND, INC., et al. | : | NO. 24-4442 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ATDATA, LLC, et al. | : | NO. 24-4447 |

ORDER

AND NOW, this 16th day of December, 2024, after a status conference with counsel, it is hereby ORDERED that:

(1)  The Clerk of Court shall maintain the following materials under seal in the above-captioned cases until further order of this court:

    A. Unredacted Version of Defendants' Consolidated Brief in Opposition to Plaintiffs' Consolidated Motion to Remand[1];

    B.   Unredacted Version of Exhibit 1 to the Declaration of Angelo A. Stio III in Support of Defendants' Brief in Opposition to Plaintiffs' Consolidated Motion to Remand[2];

    C.   Exhibits 4, 5, 6, and 13 to the Declaration of Angelo A. Stio III in Support of Defendants' Brief in Opposition to Plaintiffs' Consolidated Motion to Remand[3];

    D.   Original Redacted Version of Exhibit 1 to the Declaration of Angelo A. Stio III in Support of Defendants' Brief in Opposition to Plaintiffs' Consolidated Motion to Remand[4]; and

    E.   Unredacted Version of Exhibit 1 to the Supplemental Brief of Defendants Thomson Reuters in

---

[1] See, e.g., Atlas Data Privacy Corp. v. Carco Grp., Inc., Civil Action No. 24-4077 (D.N.J. filed Sept. 9, 2024) (ECF No. 55).

[2] See, e.g., Carco Grp., Civil Action No. 24-4077 (ECF No. 55-1).

[3] See, e.g., Carco Grp., Civil Action, No. 24-4077 (ECF Nos. 55-2, 55-3, 55-4, 55-8).

[4] See, e.g., Carco Grp., Civil Action No. 24-4077 (ECF No. 54-1).

      Opposition to Plaintiffs' Consolidated Motion to Remand.[5]

  (2)  The Clerk of Court shall unseal the following materials in the above-captioned cases:

    A.  Exhibits 9, 10, 11, and 14 to the Declaration of Angelo A. Stio III in Support of Defendants' Brief in Opposition to Plaintiffs' Consolidated Motion to Remand[6];

    B.  Defendants' Supplemental Brief in Opposition to Plaintiffs' Consolidated Motion to Remand[7];

    C.  Exhibit 1, the Declaration of Sarah F. Hutchins, to Defendants' Supplemental Brief in Opposition to Plaintiffs' Consolidated Motion to Remand[8]; and

---

[5] Atlas Data Privacy Corp. v. Thomson Reuters Corp., Civil Action No. 24-4269 (D.N.J. filed Sept. 16, 2024) (ECF. No. 37-1).

[6] See, e.g., Carco Grp., Civil Action No. 24-4077 (ECF. Nos. 55-5, 55-6, 55-7, 55-9).

[7] Atlas Data Privacy Corp. v. Blackbaud, Inc., Civil Action No. 24-3933 (D.N.J. filed Sept. 16, 2024) (ECF No. 59).

[8] See, e.g., Blackbaud, Civil Action No. 24-3933 (ECF No. 59-1).

      D.    Supplemental Brief of Defendants Thomson Reuters in Opposition to Plaintiffs' Consolidated Motion to Remand.[9]

(3) Defendants shall, within seven (7) days from the entry of this Order, file revised redacted versions of the following materials, which shall remain redacted on the public docket until further order of this court:

      A.    Defendants' Consolidated Brief in Opposition to Plaintiffs' Consolidated Motion to Remand[10];

      B.    Exhibit 1 to the Declaration of Angelo A. Stio[11]; and

      C.    Exhibit 1 to the Supplemental Brief of Defendants Thomson Reuters in Opposition to Plaintiffs' Consolidated Motion to Remand, with only material that is irrelevant to the Supplemental Opposition remaining redacted.[12]

(4) Following the parties' submission of an appropriate Protective Order, Defendants shall have the right to seek to unseal any or all portions of the Materials that

---

[9] Thomson Reuters, Civil Action No. 24-4269 (ECF No. 37).

[10] See, e.g., Carco Grp., Civil Action No. 24-4077 (ECF No. 53).

[11] See, e.g., Carco Grp., Civil Action No. 24-4077 (ECF No. 73).

[12] See Thomson Reuters, Civil Action No. 24-4269 (ECF No. 37-1).

6

continue to be temporarily sealed pursuant to this Consent Order.

                                                BY THE COURT:

                                                /s/ Harvey Bartle III
                                                                                                  J.

Appendix 1

ECF Numbers of Documents to Remain Temporarily Under Seal

| Case Name | Civil Action Number | UNREDACTED Consolidated Brief | UNREDACTED Exhibit 1 to Stio Decl. | Exhibits 4-6 to Stio Decl. | Exhibit 13 to Stio Decl. | Original Redacted Exh. 1 to Stio Decl. |
|---|---|---|---|---|---|---|
| Atlas Data Privacy Corp. v. Carco Group, Inc. | 24-4077 | 55 | 55-1 | 55-2 to 55-4 | 55-8 | 54-1 |
| Atlas Data Privacy Corp. v. Remine, Inc. | 24-4182 | 60 | 60-1 | 60-2 to 60-4 | 60-8 | 59-2 |
| Atlas Data Privacy Corp. v. AtData LLC | 24-4447 | 53 | 53-1 | 53-2 to 53-4 | 53-8 | 52-2 |
| Atlas Data Privacy Corp. v. Red Violet, Inc. | 24-4113 | 60 | 60-1 | 60-2 to 60-4 | 60-8 | 59-2 |
| Atlas Data Privacy Corp. v. CoreLogic, Inc. | 24-4230 | 61 | 61-1 | 61-2 to 61-4 | 61-8 | 60-2 |
| Atlas Data Privacy Corp. v. Enformion LLC | 24-4110 | 71 | 71-1 | 71-2 to 71-4 | 71-8 | 70-2 |
| Atlas Data Privacy Corp. v. Acxiom LLC | 24-4107 | 57 | 57-1 | 57-2 to 57-4 | 57-8 | 56-2 |
| Atlas Data Privacy Corp. v. Commercial Real Estate | 24-4073 | n/a | n/a | n/a | n/a | 40-1, 42-1 |
| Atlas Data Privacy Corp. v. Hiya, Inc. | 24-4000 | n/a | n/a | n/a | n/a | 45-1 |
| Atlas Data Privacy Corp. v. Whitepages, Inc. | 24-3998 | n/a | n/a | n/a | n/a | 53-1 |
| Atlas Data Privacy Corp. v. Wiland, Inc. | 24-4442 | n/a | n/a | n/a | n/a | 37-1 |

| Case Name | Civil Action Number | UNREDACTED Version of Exhibit 1 to Supplemental Brief of Defendants Thomson Reuters Opposition to Mot. to Remand |
|---|---|---|
| Atlas Data Privacy Corp. v. Thomson Reuters Corp. | 24-4269 | 37-1 |

## Appendix 2

### ECF Numbers of Documents to Be Unsealed

| Case Name | Civil Action Number | Exhibits 9-11 | Exhibit 14 |
|---|---|---|---|
| Atlas Data Privacy Corp. v. Carco Group, Inc., et al. | 24-4077 | 55-5 to 55-7 | 55-9 |
| Atlas Data Privacy Corp. v. Remine, Inc. | 24-4182 | 60-5 to 60-7 | 60-9 |
| Atlas Data Privacy Corp. v. AtData LLC | 24-4447 | 53-5 to 53-7 | 53-9 |
| Atlas Data Privacy Corp. v. Red Violet, Inc. | 24-4113 | 60-5 to 60-7 | 60-9 |
| Atlas Data Privacy Corp. v. CoreLogic, Inc. | 24-4230 | 61-5 to 61-7 | 61-9 |
| Atlas Data Privacy Corp. v. Enformion LLC, et al. | 24-4110 | 71-5 to 71-7 | 71-9 |
| Atlas Data Privacy Corp. v. Acxiom LLC | 24-4107 | 57-5 to 57-7 | 57-9 |
| Atlas Data Privacy Corp. v. Commercial Real Estate | 24-4073 | n/a | n/a |
| Atlas Data Privacy Corp. v. Hiya, Inc. | 24-4000 | n/a | n/a |
| Atlas Data Privacy Corp. v. Whitepages, Inc. | 24-3998 | n/a | n/a |
| Atlas Data Privacy Corp. v. Wiland, Inc. | 24-4442 | n/a | n/a |

| Case Name | Civil Action Number | Defendants' Supplemental Brief in Opposition to Plaintiffs' Consolidated Motion for Remand | Exhibit 1 to the Declaration of Sarah F. Hutchins |
|---|---|---|---|
| Atlas Data Privacy Corp. v. Blackbaud, Inc. | 24-3993 | 59 | 59-1 |

| Case Name | Civil Action Number | Supplemental Brief of Thomson Reuters Defendants in Opposition to Plaintiffs' Consolidated Motion to Remand |
|---|---|---|
| Atlas Data Privacy Corp. v. Thomson Reuters Corp. | 24-4269 | 37 |

10