Marcel S. Pratt
Michael Berry
Jordan Meyer
Ballard Spahr LLP
1735 Market Street, Fl. 51
Philadelphia, PA 19103-7599
215.864.8500
prattm@ballardspahr.com
berrym@ballardspahr.com
meyerjl@ballardspahr.com

*Attorneys for Defendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | : CIVIL ACTION :<br>: NO. 1:24-CV-04269 |
| *Plaintiffs* | : |
| v. | : |
| THOMSON REUTERS CORPORATION, et al., | : |
| *Defendants* | : |

**RULE 7.1 DISCLOSURE STATEMENT BY DEFENDANTS THOMSON REUTERS ENTERPRISE CENTRE GMBH AND WEST PUBLISHING CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Thomson Reuters Enterprise Centre GmbH ("TREC") and West Publishing Corporation ("West") certify and make the following disclosure:

1. TREC is a non-governmental corporation that is a wholly-owned subsidiary of Thomson Reuters Corporation, a publicly held corporation. No other publicly held corporation directly or indirectly owns 10% or more of TREC. TREC is incorporated and headquartered in Switzerland.

2. West is a non-governmental corporation that is a wholly-owned subsidiary of Thomson Reuters Corporation, a publicly held corporation. No other publicly held corporation directly or indirectly owns 10% or more of West. West is a Minnesota corporation with its principal place of business in Minnesota.

| | |
|---|---|
| Dated: December 20, 2024 | BALLARD SPAHR LLP |
| | |
| |   /s/ Michael Berry |
| | Marcel S. Pratt |
| | Michael Berry |
| | Jordan Meyer |
| | 1735 Market Street, Fl. 51 |
| | Philadelphia, PA 19103-7599 |
| | 215.864.8500 |
| | prattm@ballardspahr.com |
| | berrym@ballardspahr.com |
| | meyerjl@ballardspahr.com |
| | |
| | *Attorneys for Defendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation* |

2

## **CERTIFICATE OF SERVICE**

I, Michael Berry, hereby certify that I caused a copy of the foregoing Rule 7.1 Disclosure Statement By Defendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation to be served via e-filing on December 20, 2024 to all counsel of record.

Date: December 20, 2024                     */s/ Michael Berry*
                                            Michael Berry