# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | : CIVIL ACTION<br>:<br>: NO. 1:24-CV-04269 |
| *Plaintiffs* | : |
| v. | : |
| THOMSON REUTERS CORPORATION, et al., | : |
| *Defendants* | : |

## [PROPOSED] ORDER

AND NOW, this ___ day of _____, 2025, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss Pursuant to Rule 12(b)(5) dated March 18, 2025 is GRANTED;

2. The claims against Thomson Reuters Corporation and Thomson Reuters Canada Limited are DISMISSED.

BY THE COURT:

_____

Harvey Bartle III, J.