**Ballard Spahr LLP**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Marcel Pratt
Tel: 215.864.8506
Fax: 215.864.8999
prattm@ballardspahr.com

March 18, 2025

VIA ECF

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp., et al v. Thomson Reuters Corporation, et al.,* (No. 24-4269) – Joinder in Defendants' Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6)

Dear Judge Bartle:

This firm represents Defendants Thomson Reuters Corporation, Thomson Reuters Canada Limited, Thomson Reuters Enterprise GmbH, and West Publishing Corporation ("Thomson Reuters Defendants") in the above-referenced matter. We write to advise the Court that the Thomson Reuters Defendants join the Defendants' Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6), which was filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. DM Group*, Civil Action No. 1:24-cv-4075 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Memorandum of Law in Support of the Consolidated Motion to Dismiss, the Thomson Reuters Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*/s/ Marcel S. Pratt*

Marcel Pratt

cc:   All counsel of record (via ECF)