| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| RAJIV PARIKH | AU | PLAINTIFFS |
| ADAM SHAW | AU | PLAINTIFFS |
| Samantha Southall | 24-cv-04254 | Zillow Inc., Zillow Group Inc. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Aaron Van Nostrand | 24-4380 | Go Hunt Holdings, et al |
| Patrick Misale | 24-4037 | Attorney General |
| Jason A. Spak | 24-4176 | Innovis Data Solutions, Inc. |
| Jared Levy - (Annalyse Bergman) Wood Smith | 24-08451 | Compact Information Systems, LLC, Accudata Integrated Marketing, Inc, Alumni Finder, |
| " | " | ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Kidmedata, & Student Research Group |
| M. Marie Stichel | 24-44-34 | Emerges.com, Inc |
| Ken Friedman Manatt, Phelps & Phillips | 24-8075 | SMARTY LLC |
| Brian Deeney | 24-4385 | Synpatix Technology, LLC |
| Angelo Sho | 24-4644, 4080, 4269 | Propart/Radel, Rocket Reach, DMGroup, Deluxe |
| Sudhir Rao | 24-11443 | Lighthouse List Co., LLC |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Nicole Khaourian | 24-4346 | 1300, LLC |
| Michael Berry | 24.cv.4269 | Tomson Reuters Petermont |
| Omar Marouf | 24-cv-04292 | Melissa Data Corp. |
| Andrew Broome | 24-cv-04160 / 04143-04141 | Scalable Commerce Ch.) Data Research Digital Safety Products |
| Andrew Sheppard | 25-cv-01480 | First Direct, Inc. |
| A.J. Younall | 24-cv-4949 | Belar Camp Camel |
| Kevin Reich | 24-cv-4261 | Equimine, Inc. |
| Brian Noel | 24.cv.4096 | DELVEPOINT LLC |
| Timothy Ortoluni | 24-cv-11023 | Spy Dialer, Inc. |
| John Brigandi | 25-cv-237 | Peoplewhiz |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Joseph Mivelis | 24-cv-4178<br>24-cv-4324 | Accurate Appel Restoration of America |
| Kelly Purcaro | 24-cv-05656 | Nesco |
| Kelly Purcaro | -05775 | Analylist |
| Kelly Purcaro | -10600 | DarkOwl |
| Kelly Purcaro | -04381 | SuperGrowel |
| Kelly Purcaro | -05658 | Searchbug |
| Kelly Purcaro | -07334 | US Data |
| Kelly Purcaro | -04383 | AccuZip |
| Robert Szyba | 4037<br>4041<br>4045 | WeInform<br>Infomatics<br>People Searchers |