IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY          :          CIVIL ACTION
CORPORATION, et al.         :
                            :
         v.                 :
                            :
THOMSON REUTERS CORPORATION, :          NO. 24-4269
et al.                      :

ORDER

AND NOW, this 1st day of May 2025, for the reasons
stated in the foregoing Memorandum, it is hereby ORDERED that
the motion of defendants Thomson Reuters Corporation and Thomson
Reuters Canada Limited (Doc. #72) to dismiss the complaint as to
them under Rule 12(b)(5) of the Federal Rules of Civil Procedure
is GRANTED without prejudice.


BY THE COURT:


/s/ Harvey Bartle III
                                                    J.