# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Marcel Pratt
Tel: 215.864.8506
Fax: 215.864.8999
prattm@ballardspahr.com

June 3, 2025

*VIA ECF*

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
 Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re:** *Atlas Data Privacy Corp., et al v. Thomson Reuters Corporation, et al.,* **(No. 24-4269) – Joinder in Reply Brief in Further Support of Defendants' Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6)**

Dear Judge Bartle:

      This firm represents Defendants Thomson Reuters Enterprise GmbH and West Publishing Corporation ("Thomson Reuters Defendants") in the above-referenced matter. We write to advise the Court that the Thomson Reuters Defendants join the Reply Brief in Further Support of Defendants' Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6), which was filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. DM Group*, Civil Action No. 1:24-cv-4075 (the "Reply"). The Thomson Reuters Defendants also joined the Consolidated Motion to Dismiss, filed on March 18, 2025. *See* ECF No. 73. For the reasons set forth in the Reply, and in Defendants' March 18 Memorandum of Law, the Thomson Reuters Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*/s/ Marcel S. Pratt*

Marcel Pratt

cc:    All counsel of record (via ECF)