Marcel S. Pratt
Michael Berry
Elizabeth Wingfield
Ballard Spahr LLP
700 E Gate Dr., Suite 330
Mt. Laurel Township, NJ 08054
(856) 761-3400
prattm@ballardspahr.com
berrym@ballardspahr.com
wingfielde@ballardspahr.com

*Attorneys for Defendants Thomson Reuters
Enterprise Centre GmbH and West
Publishing Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 1:24-CV-04269-HB** |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| THOMSON REUTERS CORPORATION, *et al.*, | : | |
| | : | |
| | : | |
| *Defendants* | : | |

**ENTRY OF APPEARANCE OF ELIZABETH V. WINGFIELD**

Kindly enter the appearance of Elizabeth V. Wingfield as counsel for Defendants,

Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation, in the above-

captioned matter.

DATED:  October 2, 2025             BALLARD SPAHR LLP

                                    By:    /s/ *Elizabeth V. Wingfield*
                                           Elizabeth V. Wingfield

                                    *Attorneys for Defendants Thomson Reuters
                                    Enterprise Centre GmbH and West
                                    Publishing Corporation*

#4905-1646-4751 v1