# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Marcel Pratt
Tel: 215.864.8506
Fax: 215.864.8999
prattm@ballardspahr.com

November 3, 2025

*By Electronic Filing*

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corp., et. al. v. Thomson Reuters Corp., et. al.*, 1:24-CV-04269 (D.N.J.) Joinder in Defendants' Request to Stay or in the alternative Joint Proposed Discovery Schedule

Dear Judge Bartle:

    This firm represents Defendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation ("Defendants") in the above-referenced matter. We write to advise the Court that Defendants join the letter Request to Stay, or in the alternative, Joint Proposed Discovery Schedule, which was filed under Dkt. No. 71 in the action captioned as *Atlas Data Privacy Corp., et al v. Joy Rockwell Enterprises, Inc. et al*, No. 1:24-cv-04389-HB (D.N.J.). For the reasons set forth in the letter, Defendants respectfully request that a stay be issued by this Court, or in the alternative, that this Court adopt the proposed discovery schedule.

    Thank you for your consideration.

Respectfully,

*/s/ Marcel S. Pratt*
Marcel S. Pratt

cc:   All counsel of record (via ECF)