

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

February 5, 2026

<u>VIA CM/ECF</u>

Hon. Harvey Bartle, III, U.S.D.J.
U.S. District Court, District of New Jersey (by designation)
c/o U.S. District Court, Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

| | | |
|---|---|---|
| **Re:** | **In re: Daniel's Law Compliance Litigation** | |
| | **Civil Action Nos.** | 24-4075 |
| | | 24-4080 |
| | | 24-4176 |
| | | 24-4256 |
| | | 24-4269 |
| | | 24-4345 |
| | | 24-4383 |
| | | 24-4385 |
| | | 24-4389 |
| | | 24-4664 |
| | | 24-5658 |
| | | 24-5656 |
| | | 24-7324 |
| | | 24-4075 |
| | | 24-5600 |

Dear Judge Bartle:

     This firm represents plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are covered persons under <u>N.J.S.A.</u> 56:8-166.1(d); and the individual plaintiffs (collectively, "Plaintiffs"), in the above-referenced matters.

     Pursuant to the Court's Order, Defendants were to advise Plaintiffs on or before January 21, 2026, whether the New Jersey form confidentiality order was agreeable. Several Defendants have advised that they do not agree to the proposed form and have submitted proposed revisions. The parties are actively meeting and conferring in good faith regarding those issues and related provisions, and discussions remain ongoing.

Hon. Harvey Bartle, III, U.S.D.J.
February 5, 2026
Page **2** of **2**

   In light of the continued discussions across Defendants, Plaintiffs respectfully request a brief extension of time, until Monday, February 16, 2026, to continue those discussions and to submit proposed confidentiality order(s) and a status report to the Court.

   Thank you for Your Honor's time and consideration of this request.

                Respectfully submitted,

                **PEM LAW LLP**
                *Attorney for Plaintiffs*

          By:  s/ *Jessica A. Merejo*
             JESSICA A. MEREJO

JAM/
c: Counsel of record (via ECF)