# Ballard Spahr
### LLP

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Marcel Pratt
Tel: 215.864.8506
Fax: 215.864.8999
prattm@ballardspahr.com

April 16, 2026

By Electronic Filing

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:     *Atlas Data Privacy Corp., et. al. v. Thomson Reuters Corp., et. al.*, 1:24-CV-04269
        (D.N.J.) Joinder in Response to Plaintiffs' March 27, 2026 Letter

Dear Judge Bartle:

       This firm represents Defendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation ("Defendants") in the above-referenced matter. We write to advise the Court that Defendants join the response to Plaintiffs' March 27, 2026 letter that was filed today in the following actions: *Atlas Data Privacy Corp., et al. v. DM Group, Inc.*, No. 1:24-cv-4075 (ECF 108); *Atlas Data Privacy Corp., et al. v. Deluxe Corp.*, No. 1:24-cv-04080 (ECF 123); *Atlas Data Privacy Corp., et al. v. Innovis Data Solutions, Inc.*, No. 1:24-cv-04176 (ECF 113); *Atlas Data Privacy Corp., et al. v. RocketReach LLC*, No. 1:24-cv-04664 (ECF 112); and *Atlas Data Privacy Corp., et al. v. PropertyRadar, Inc.*, No. 1:24-cv-5600 (ECF 93).

       Thank you for your consideration.

Respectfully,

*/s/ Marcel S. Pratt*
Marcel S. Pratt

cc:     All counsel of record (via ECF)