IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY     :    CIVIL ACTION
CORPORATION, et al.     :
             :
   v.        :
             :
THOMSON REUTERS CORPORATION, :    NO. 24-4269
et al.          :

**NOTICE OF TELEPHONE CONFERENCE**

   A **TELEPHONE CONFERENCE** in the above matter has been scheduled for **April 23, 2026,** at **2:00 p.m. (EST)** with the Honorable Harvey Bartle III, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

   Plaintiffs' counsel is instructed to get all parties on the telephone and then call Chambers at 215-597-2693 to be connected with the Judge promptly at the assigned time.

              /s/ S. Renz
              S. Renz
              Judicial Assistant to
              the Honorable Harvey Bartle III
              United States District Court Judge
              215-597-2693

DATED: April 17, 2026

HB/slr
Copies sent via Email