# Ballard Spahr
### LLP

- - - - - - - - - - - - - - - - - -
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Marcel Pratt
Tel: 215.864.8506
Fax: 215.864.8999
prattm@ballardspahr.com

July 14, 2026

By Electronic Filing

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:     *Atlas Data Privacy Corp., et. al. v. Thomson Reuters Corp., et. al.*, 1:24-CV-04269
         (D.N.J.) Joinder in Motion for Reconsideration of June 30, 2026 Order

Dear Judge Bartle:

       This firm represents Defendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation ("Defendants") in the above-referenced matter. We write to advise the Court that Defendants join the Motion for Reconsideration of June 30, 2026 Order filed in the following actions: *Atlas Data Privacy Corp., et al. v. DM Group, Inc.*, No. 1:24-cv-4075 (ECF 118); *Atlas Data Privacy Corp., et al. v. Deluxe Corp.*, No. 1:24-cv-04080 (ECF 133); *Atlas Data Privacy Corp., et al. v. Innovis Data Solutions, Inc.*, No. 1:24-cv-04176 (ECF 123); *Atlas Data Privacy Corp., et al. v. RocketReach LLC*, No. 1:24-cv-04664 (ECF 122); and *Atlas Data Privacy Corp., et al. v. PropertyRadar, Inc.*, No. 1:24-cv-5600 (ECF 103).

       Thank you for your consideration.

Respectfully,

*/s/ Marcel S. Pratt*
Marcel S. Pratt

cc:     All counsel of record (via ECF)