Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Marcel Pratt
Tel: 215.864.8506
Fax: 215.864.8999
prattm@ballardspahr.com

August 14, 2026

By Electronic Filing

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re: *Atlas Data Privacy Corp., et. al. v. Thomson Reuters Corp., et. al.*, 1:24-CV-04269 (D.N.J.) Joinder in Letter Requesting Stay

Dear Judge Bartle:

This firm represents Defendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation ("Defendants") in the above-referenced matter. We write to advise the Court that Defendants join in today's letter requesting a stay filed in the following actions: *Atlas Data Privacy Corp., et al. v. DM Group, Inc.*, No. 1:24-cv-4075; *Atlas Data Privacy Corp., et al. v. Deluxe Corp.*, No. 1:24-cv-04080; *Atlas Data Privacy Corp., et al. v. Innovis Data Solutions, Inc.*, No. 1:24-cv-04176; *Atlas Data Privacy Corp., et al. v. RocketReach LLC*, No. 1:24-cv-04664; and *Atlas Data Privacy Corp., et al. v. PropertyRadar, Inc.*, No. 1:24-cv-5600.

Thank you for your consideration.

Respectfully,

*/s/ Marcel S. Pratt*
Marcel S. Pratt

cc: All counsel of record (via ECF)