**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>THOMSON REUTERS ENTERPRISE CENTRE GMBH, WEST PUBLISHING CORPORATION, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.: 1:24-cv-04269-HB<br><br>Honorable Harvey Bartle III, U.S.D.J. |
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>Plaintiffs,<br><br>v.<br><br>YARDI SYSTEMS, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* | Civil Action No.: 1:24-cv-04103-HB<br><br>Honorable Harvey Bartle III, U.S.D.J. |

| | |
|---|---|
| and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | |
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>COMPACT INFORMATION SYSTEMS, LLC, ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.: 1:24-cv-08451-HB<br><br>Honorable Harvey Bartle III, U.S.D.J. |
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and PETER ANDREYEV,<br><br>Plaintiffs, | Civil Action No.: 1:24-cv-04292-HB<br><br>Honorable Harvey Bartle III, U.S.D.J. |

v.

MELISSA DATA CORP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,

Defendants.

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

Pursuant to Fed. R. Civ. P. Rule 15(a)(2), Plaintiffs Atlas Data Privacy Corporation ("Atlas"), *as assignee of individuals who are Covered Persons*, and the individual Plaintiffs named in each of the above-captioned actions (collectively, "Plaintiffs"), by and through their undersigned attorneys, respectfully move for leave to file a First Amended Complaint in each action.

The proposed amendments are the same in each action: they (a) update the number of Covered Persons who have assigned their Daniel's Law claims to Atlas since the original Complaints were filed, and (b) conform the jurisdictional, venue, and related allegations to each action's posture following its removal to this Court. The amendments add no new claims, theories, or parties. Because the four actions are pending before the same Court, arise under the same statute, and require identical amendments, Plaintiffs submit them in a single motion in the interest of efficiency for the Court and the parties.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' proposed First Amended Complaints are filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a copy of each proposed First Amended Complaint, indicating in what respects it differs from the pleading it proposes to amend, is filed herewith.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Plaintiffs will rely upon the accompanying Memorandum of Law and the Declaration of Julia R. Livingston with exhibits annexed thereto.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' counsel sought consent from each Defendant in the above-captioned actions to the filing of the proposed amended complaints. None gave such consent.

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 7.1(c)(2) and L. Civ. R. 78.1, this motion is returnable on November 16, 2026; any opposition papers shall be filed by Defendants on or before November 2, 2026; and any reply papers shall be filed by Plaintiffs on or before November 9, 2026.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs respectfully request oral argument if a timely opposition is filed.

Respectfully submitted,

Dated: October 16, 2026

*By: /s/ Julia R. Livingston*
JULIA R. LIVINGSTON

**PEM LAW LLP**
Rajiv D. Parikh
Kathleen Barnett Einhorn
Julia R. Livingston
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Email: rparikh@pemlawfirm.com
keinhorn@pemlawfirm.com
jlivingston@pemlawfirm.com

*Attorneys for Plaintiffs*